for petitioner. *Thomas J. Cole* and *D. C. Chastain* for respondent.

No. 132. UNITED STATES *v.* CORS. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Frank C. Mason* and *Harold A. Kertz* for respondent.

No. 151. NATIONAL CARBIDE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 152. AIR REDUCTION SALES CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 153. PURE CARBONIC, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *Erwin N. Griswold, Boykin C. Wright, Edgar J. Goodrich* and *John A. Wilson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Hilbert P. Zarky* for respondent. Reported below: 167 F. 2d 304.

No. 179. WEADE ET AL. *v.* DICHMANN, WRIGHT & PUGH, INC. C. A. 4th Cir. Certiorari granted. *Michael F. Keogh, J. Robert Carey* and *Richard H. Love* for petitioners. *Leon T. Seawell* for respondent.

Nos. 184 and 185. GRAVER TANK & MFG. CO., INC. ET AL. *v.* LINDE AIR PRODUCTS CO. C. A. 7th Cir. Certiorari granted. *John F. Oberlin, Ashley M. Van Duzer, Thomas V. Koykka* and *Charles L. Byron* for petitioners. *John T. Cahill, James A. Fowler, Jr.* and *Richard R. Wolfe* for respondent.